```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ADRIANNY IMBERT,                                                       :
                                                                       :
                                  Plaintiff,                           :
                                                                       :          24 Civ. 3104 (JPC)
                  -v-                                                  :
                                                                       :              ORDER
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                  Defendant.                           :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has reviewed the Proposed Consent to Jurisdiction by a U.S. Magistrate Judge filed at Docket Number 13. The document does not appear to be signed by Plaintiff's current attorney of record in this case, Richard A. Ashman. The signing attorney may enter an appearance before the Court, or Mr. Ashman may sign the Proposed Consent. The IPTC currently scheduled for September 4, 2024, at 11:00 a.m., is adjourned *sine die*.

SO ORDERED.

Dated: August 28, 2024  
      New York, New York

                                                  JOHN P. CRONAN  
                                           United States District Judge