UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANNY IMBERT,<br><br>                    Plaintiff,<br><br>     -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendants. | 24-CV-03104 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has been informed that the parties have reached a settlement in principle. (*See* ECF 26.) Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore is made by February 27, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.,* 356 F.3d 492, 494 n.1 (2nd Cir. 2004).

DATED:  January 30, 2025
             New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge